UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2018 MAR 19 P 2:49

U.S. DISTRICT COURT
NEW HAVEN, CT.

| STATE OF CONNECTICUT | : | |
| | : | ss: CITY OF NEW HAVEN |
| COUNTY OF NEW HAVEN | : | March 19, 2018 |

3:18 MJ 474 - SALM

AFFIDAVIT

I, Joshua Young, being duly sworn, hereby state the following:

**I. Training and Background**

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI", and have

been so employed since July 2014. I am presently assigned to the FBI's Safe Streets Task Force

in New Haven. The FBI is the lead agency in that Task Force which is comprised of Federal and

local law enforcement personnel, and which is tasked with investigation violent crime in the City

of New Haven and surrounding communities. As such, my duties include, among other things,

investigating violations of Titles 18 and 21 of the United States Code, such as drug trafficking

offenses. I am authorized to make arrests for violations of those Titles.

2.      During my experience in law enforcement, I have participated in investigations of

diverse crimes, including numerous investigations involving the illegal distribution of controlled

substances.  In connection with these investigations, I have executed numerous search and arrest

warrants.  I have also coordinated controlled purchases of illegal drugs utilizing cooperating

sources; conducted electronic and physical surveillance of individuals involved in illegal drug

distribution; analyzed records documenting the purchase and sale of illegal drugs; and debriefed

1

cooperating sources and drug distributors, as well as other local, state and federal law enforcement officers, regarding the manner and means employed by narcotics traffickers. The controlled substances investigations in which I have participated have resulted in successful criminal prosecutions in federal court.

3.      I have attended training relative to conducting drug investigations, including a 2015 Organized Crime Drug Enforcement Taskforce (OCDETF) course pertaining to money laundering and asset forfeiture. I also receive periodic in-service training relative to conducting criminal investigations.  Based upon my experience and training, I am familiar with the manner and means employed by narcotics traffickers, including the manner and means by which narcotics traffickers communicate, and those methods employed by narcotics traffickers in an effort to avoid detection by law enforcement.  I have debriefed cooperating sources and drug distributors, and spoken to other local, state and federal law enforcement officers, regarding the manner and means employed by narcotics traffickers, including the manner in which narcotics traffickers obtain, store, manufacture, transport, package and distribute their illegal drugs, finance their distribution operations, and conceal and launder the corresponding drug proceeds.

4.      I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. § 841(a)(1) and other federal offenses.

5.      As part of my duties, I have been conducting an investigation, together with other law enforcement officers, into suspected criminal activity, including drug trafficking, by Jorge FNU LNU a.k.a. "Ambroyo" and "Trompas," in violation of Title 21 U.S.C. §§ 841(a)(1) and 846 (possession with intent to distribute, and conspiracy to distribute, controlled substances).  I have participated fully in the investigation that is the subject of this affidavit; and I have done so

in conjunction with other law enforcement officers, including other members of the Task Force. Based upon information known to me as a result of my participation in this investigation, as well as information provided to me by others, including other law enforcement officers, which I have determined to be accurate and reliable, I am thoroughly familiar with the information discussed herein. This affidavit does not purport to set forth all of the facts gathered during the course of the investigation of this matter. Rather, this affidavit includes only those facts that are necessary to establish the basis for the requested authorization.

## II. The Requested Order

6.      This affidavit is submitted in support of an initial request for a pen register and trap-and-trace device and the acquisition of historical cell site data pursuant to 18 U.S.C. Section 2703(d) for a cellular telephone assigned number (713) 805-8796 (hereinafter "Target Telephone"), subscriber unknown at this time, for which service is provided by Verizon Wireless and is believed to be used by FNU LNU a.k.a. "Ambroyo" and "Trompas". With regard to the requested pen register information and telecommunications records, this affidavit sets forth a) sufficient information to establish that there are reasonable grounds to believe that the information likely to be obtained by the continued installation and use of a pen register device or process and a trap-and-trace device or process on the Target Telephone is relevant to an ongoing investigation; and, b) sufficiently specific and articulable facts to establish that there are reasonable grounds to believe that the telecommunications records and/or information sought under 18 U.S.C. Section 2703(d) is relevant and material to an ongoing criminal investigation.

7.      For the reasons set forth herein, there are reasonable grounds to believe, and I do believe, that the requested information is relevant and material to an ongoing investigation into the commission of the Target Offenses by the individuals identified above.

3

### III. The Relevant Facts Supporting the Requested Authorization

8.      On March 9, 2018, United States Magistrate Judge Robert A. Richardson issued a search and seizure warrant for an apartment located in New Haven, Connecticut ("the Subject Premises"). Case agents were authorized to search the Subject Premises for narcotics, drug paraphernalia, drug proceeds and various other items associated with a drug trafficking operation. On March 15, 2018, FBI executed the search warrant at the subject premises.

9.      During the search, approximately 800 grams of heroin were seized and three individuals were arrested. One of the arrestees (hereinafter "CW") cooperated and made post-Miranda statements. The CW provided the following information. One of the CW's sources of supply for heroin and cocaine was an individual that the CW knew as both "Ambroyo" and "Trompas" (both phonetic). CW explained that "Ambroyo/Trompas" was an inmate in a federal prison in Mississippi (NFI) where he had routine access to a cellphone, telephone number 713-805-8796, the Target Telephone, which "Ambroyo/Trompas" used to speak with associates to discuss narcotics related business, including coordinating the delivery of multi-kilogram shipments of heroin and cocaine. The CW explained that "Ambroyo/Trompas" had such freedom to use the phone because he had bribed unknown corrections officers to allow him to use it.

10.     On March 18, 2018, in the presence of agents and task force officers of the FBI, two of whom speak and understand Spanish, the CW contacted "Ambroyo/Trompas" by calling 713-805-8796. Case agents observed that this was the number dialed by CW. After initially

4

getting no answer on the "Ambroyo/Trompas" phone, the CW's cell phone rang and showed an incoming call from 713-805-8796, which was also observed by case agents. The CW answered and the call was placed on speakerphone and consensually recorded. During the conversation, the CW and "Ambroyo/Trompas" spoke exclusively in Spanish. At the conclusion of the call, the CW explained that "Ambroyo/Trompas" had agreed to arrange for a large quantity of cocaine to be delivered to the CW in exchange for the CW sending payment for the driver's expenses to a bank account to be provided by "Ambroyo/Trompas." The two Spanish-speaking officers who listened to the call as it occurred verified the agreement the CW described. Shortly thereafter, the CW received a text message from 713-805-8796 containing a bank name, account number and the name of the account holder.

11.     Based upon the information set forth herein, there are reasonable grounds to believe, and I do believe, that the requested pen register and trap-and-trace device and cell site records for Target Telephone are all relevant and material to an ongoing investigation into the commission by FNU LNU a.k.a. "Ambroyo" and "Trompas" and his associates of the following offenses: 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute and Distribution of Controlled Substances) and 21 U.S.C. § 846 (Conspiracy to Distribute, and to Possess with Intent to Distribute, Controlled Substances). The pen register information will reveal whom "Ambroyo/Trompas" is in contact with in furtherance of the offenses described above, the general areas they frequent which may lead to the identification of other co-conspirators and narcotics stash locations, and who he is contact with the facilitate the shipment of cocaine discussed with the CW. Further, cell site records will confirm where "Ambroyo/Trompas" is located and whether he is, in fact, potentially directing activity from inside a prison facility.

12.     It is further requested that the application, order, and this affidavit and any other related documents, as they reveal an ongoing investigation and the targeting of a particular cellular telephone, be sealed until further order of the Court in order to avoid premature disclosure of the investigation, protect against concealment or destruction of evidence and the dropping of the Target Telephone and better ensure the safety of the CW except that working copies may be served on FBI personnel and other investigative and law enforcement officers of the FBI, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the Court's Order


Joshua Young
Special Agent, FBI


Subscribed and sworn to before me on this 19th day of March, 2018, at New Haven, Connecticut.


/s/ Sarah A. L. Merriam, USMJ
HON. SARAH A.L. MERRIAM
UNITED STATES MAGISTRATE JUDGE